FELICIA NALVEN, Appellant, v BERNARD CAHN, Respondent, et al., Defendants. — Order of the Supreme Court, Kings County (Bellard, J.), dated March 1, 1982, affirmed, with $50 costs and disbursements. (See *A & J Concrete Corp. v Arker,* 54 NY2d 870; *Lo Pinto v Lo Pinto,* 87 AD2d 585; *Williams v City of New York,* 85 AD2d 633.) Gibbons, J. P., O'Connor, Brown and Boyers, JJ., concur.